IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00841–MSK–KMT

PAUL R. SHEEHY,

    Plaintiff,

v.

GOLDEN RULE INSURANCE COMPANY,

    Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Motion to Withdraw Attorney Adrian Sak as Counsel for Plaintiff, Paul R. Sheehy (Document #18, filed August 27, 2009). Being otherwise fully advised, it is hereby ORDERED that the motion (#18*) is GRANTED. Attorney Adrian Sak is relieved of any further representation of Plaintiff/Defendant in the above-captioned matter. The Clerk of Court is instructed to remove Mr. Sak from the electronic certificate of mailing.

Dated: September 02, 2009.